**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

CERTUSVIEW TECHNOLOGIES, LLC,

    Plaintiff,

  v.

USIC, LLC,
USIC LOCATING SERVICES, LLC and
SAFE SITE, INC.,

    Defendants.

Case No: 2:14-cv-00373-MSD-DEM

## MOTION TO WITHDRAW *PRO HAC VICE* APPEARANCE

Pursuant to Local Civil Rule 83.1(G), Defendants USIC, LLC, USIC Locating Services, LLC and Safe Site, Inc. (collectively, "Defendants") move the court to allow Anthony J. Zappin of Latham & Watkins L.L.P. to withdraw his *pro hac vice* appearance as counsel for Defendants, as he is no longer affiliated with Latham & Watkins.

Defendants also move for the Court to direct the Clerk to remove Mr. Zappin from the CM/ECF service list in the above-captioned matter, and to direct all other parties that he need not be served with any further pleadings, motions, or other papers in this matter. A proposed Order is filed herewith.

                                  USIC, LLC
                                  USIC LOCATING SERVICES, LLC.
                                  MCINTOSH ENTERPRISES, INC. F/K/A
                                    SAFE SITE, INC.

                                By:         */s/*
                                        Of Counsel

Dabney J. Carr, IV (VSB No. 28679)
dabney.carr@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1246
Facsimile: (804) 698-5124

Clement J. Naples (*pro hac vice*)
clement.naples@lw.com
Priyen N. Patel (*pro hac vice*)
priyen.patel@lw.com
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Tel: (212) 906-1200; Fax: (212) 751-4864

Joseph H. Lee (*pro hac vice*)
joseph.lee@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626
Tel: (714) 540-1235; Fax: (714) 755-8290

Kristopher R. Davis (*pro hac vice*)
kris.davis@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700; Fax: (312) 993-9767

*Attorneys for Defendants USIC, LLC and USIC Locating Services, LLC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of January 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically e-mail notification of such filing to:

>Michael J. Lockerby
>Lori A. Rubin
>FOLEY & LARDNER LLP
>Washington Harbour
>300 K Street, N.W., Suite 600
>Washington, DC 20007
>
>Matthew B. Lowrie
>Aaron W. Moore
>Ruben J. Rodrigues
>FOLEY & LARDNER LLP
>111 Huntington Avenue, Suite 250
>Boston, MA 02199
>
>*Attorneys for Plaintiff CertusView Technologies LLC*

_/s/_
Dabney J. Carr, IV (VSB No. 28679)
dabney.carr@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1246
Facsimile: (804) 698-5124
